■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD HILBERT, Appellant.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER MICHAEL FERRARO, Appellant

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli. JJ., concur.

## (September 20, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WHITNEY PIERCE, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONROE WILLIAMS, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson,
P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ, concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE WILSON, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID KAUFFMAN, Petitioner, v. CHARLES McKENDRICK, as Warden, Respondent

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

■ In the Matter of CHARLES BATES, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.